UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-80085-Cr-Bloom

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

IRENE WILSON,

      Defendant.

_____/

## REPORT AND RECOMMENDATION ON VIOLATION OF SUPERVISED RELEASE

For the reasons stated herein, the undersigned recommends that the District Court find that the Defendant has violated the terms of her supervised release.  On August 7, 2020, the U.S. Probation Office filed a Petition alleging two violations of the Defendant's terms of supervision ECF No. [29]:

1.      Failing to complete the community service requirement of her sentence; and,

2.      Failing to pay court-ordered restitution.

Ms. Wilson's term of supervised release was due to expire on September 21, 2020.  A hearing was held on October 14, 2020, on the violation petition.  Ms. Wilson appeared by telephone and was represented by his counsel.  She was advised of the alleged violations and of her right to contest those violations.  She stated that she had been given sufficient time to discuss her options with counsel, that counsel had answered all of her questions, and that counsel had performed all of the tasks that Ms. Wilson had requested.  Defense counsel stipulated there was a factual basis for the allegations.  Ms. Wilson then admitted the violations.  The Court found her admission to be a knowing and voluntary decision.

WHEREFORE, the undersigned recommends that the District Court (1) find that the Ms. Wilson has violated her supervised release as alleged in the violation petition and proceed to sentencing.

A party shall serve and file written objections, if any, to this Report and Recommendation with U.S. District Judge Beth Bloom, within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. *See U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 15th day of October 2020.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE