## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 17-CR-80085-BLOOM

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**IRENE WILSON,**

      Defendant.

_____/

### <u>ORDER</u>

**THIS CAUSE** is before the Court on Magistrate Judge Bruce E. Reinhart's Report and Recommendations on Violation of Supervised Release ("R & R"), ECF No. [35]. The matter was previously referred to Judge Reinhart upon the filing of a Petition alleging two violations of the Defendant's terms of supervised release, ECF No. [29].   The parties were advised that any written objections to the R & R were to be filed within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained within the R & R. *See U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983). Neither party has filed objections, nor has either party requested additional time to do so. Being fully advised, it is

      **ORDERED AND ADJUDGED** that

1. The Report and Recommendations on Violation of Supervised Release, **ECF No. [35]**, is **ADOPTED.**

2. The Court finds that the Defendant Irene Wilson has violated her supervised release as alleged in the Petition.

3. Consistent with ECF No. [36], the matter will proceed to a sentencing hearing before the Court on November 13, 2020, at 10:30 a.m.

CASE NO. 17-CR-80085-BLOOM

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 1, 2020.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

      U.S. Probation